*James M. Ralls*, assistant state's attorney, in opposition.

Decided July 3, 1997

STATE OF CONNECTICUT *v.* JUAN MORALES

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 45 Conn. App. 116 (AC 14765), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the defendant's conviction for sexual assault in the first degree constituted a violation of the ex post facto clause of the federal constitution?"

The Supreme Court docket number is SC 15720.

*James M. Ralls*, assistant state's attorney, in support of the petition.

*Pamela S. Nagy*, special assistant public defender, in opposition.

Decided July 3, 1997